STATE of Missouri, Respondent,

v.

Derek L. CARRELL, Appellant.

Derek L. CARRELL, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47142, WD 49264.

Missouri Court of Appeals,
Western District.

April 4, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 30, 1995.

Application to Transfer Denied
July 25, 1995.

Patricia A. Richter, Rosemary E. Percival, Asst. Appellate Defenders, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM.

A jury convicted Derek Carrell of one count of tampering in the first degree. Carrell appeals the conviction and the denial of his Rule 29.15 motion for post-conviction relief. We affirm the judgment of conviction and the denial of the post-conviction relief. Rules 30.25(b) and 84.16(b).

ISIS REALTY, INC., et al., Appellants,

v.

HERCULES INCORPORATED, City of
Jefferson, Missouri, Respondents.

No. WD 49852.

Missouri Court of Appeals,
Western District.

April 4, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 30, 1995.

Application to Transfer Denied
July 25, 1995.

Michael G. Berry, Jefferson City, for appellants.

David Stephen Baker, Kansas City, for respondents.

Before KENNEDY, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from trial court's grant of summary judgment in favor of City of Jefferson.

Affirmed. Rule 84.16(b).